# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Abner Francis Ney, III, and<br>Carolyn Nancy Ney,<br>                         Debtor(s). | C/A No. 13-4794-jw<br>Chapter 13<br>**NOTICE OF MOTION/APPLICATION<br>AND OPPORTUNITY FOR HEARING** |

TAKE NOTICE that Debtors filed a <u>MOTION TO USE CASH COLLATERAL</u>.

TO: THE FOLLOWING CREDITORS: All Creditors. Pee Dee Federal Credit Union has a lien on the cash collateral.

A copy of the motion and proposed order (Motion/Application) accompanies this notice.

      TAKE FURTHER NOTICE that any response, return and/or objection to the motion, should be filed with the Clerk of the Bankruptcy Court no later than **fourteen (14) days** from service of motion and a copy be simultaneously served on all parties in interest.

      TAKE FURTHER NOTICE that no hearing will be held on this motion or application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on <u>May 4, 2017,</u> at <u>9:00 a.m.</u>, at <u>1100 Laurel Street, Columbia, SC 29201</u>. No further notice of this hearing will be given.

| | |
|---|---|
| Service Date:  3/29/17 | /s/ Eric S. Reed<br>Eric S. Reed<br>Reed Law Firm, P.A.<br>Attorney for Movant<br>D.C. ID # 7242<br>1807 West Evans St., Ste. B<br>Florence, SC  29501<br>(843) 679-0077 |

Address of Court:
United States Bankruptcy Court
1100 Laurel St.; Columbia, SC 29201

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | C/A No.: 13-4794-jw |
| Abner Francis Ney, III, and<br>Carolyn Nancy Ney, | Chapter 13 |
| Debtor(s). | **MOTION TO USE CASH COLLATERAL** |

Debtors hereby move the Court pursuant to 11 U.S.C. § 363(b)[1] and Fed. R. Bankr. P. 4001(b) for an order permitting Debtors to use cash collateral consisting of insurance proceeds in the amount of $4,370.98, resulting from the total loss of Debtors' 2012 Chevy Sonic ("Property"), which is under lien to Pee Dee Federal Credit Union ("Creditor").

## FACTS

1.  On August 20, 2013, Debtors filed for relief under Chapter 13 of the Bankruptcy Code. Debtors' Chapter 13 plan ("Plan") was confirmed on November 7, 2013.

2.  Creditor has a lien on the Property and is being paid through the Plan. According to the Chapter 13 Trustee's website, Creditor is owed $4,656.38.

3.  Due to total loss of the Property, Debtors' insurer, Allstate ("Insurance Company"), is prepared to issue insurance proceeds in the amount of $4,370.98.

4.  Debtor is requesting a court order authorizing Insurance Company to remit the full amount of the insurance proceeds to Creditor.
.

## ARGUMENT

Section 363(b) provides that the "trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate . . . ." Although § 363(b) only confers standing on its face to a "trustee," § 1303 confers the powers of a "trustee" to a debtor applying §§ 363(b), 363(d), 363(e), 363(f), and 363(l) of the Code. Cash collateral, as defined in § 363(a), is considered property of the estate pursuant to § 541(a)(6). The insurance proceeds constitute "cash collateral," as the Property itself is property of the estate, and these proceeds will be received outside the Debtor's ordinary course of business. See § 363(a)-(b).

---

[1] All further references to the Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, shall be by section number only.

Debtors believe Creditor is the only creditor with an interest in the cash collateral. See Fed. R. Bankr. P. 4001(b)(1)(B)(i).  No additional adequate protection is proposed to Creditor because its lien will be paid in full.  See Fed. R. Bankr. P. 4001(b)(1)(B)(iv).

  WHEREFORE, Debtors move this Court for an Order authorizing Insurance Company to remit the insurance proceeds as indicated above or for whatever relief the Court deems just and appropriate.

         Respectfully submitted.

March 29, 2017      Reed Law Firm, P.A.

         By: /s/ Eric S. Reed
         Eric S. Reed
         Federal I.D. No. 7242
         1807 West Evans St., Ste. B
         Florence, SC  29501
         (843) 679-0077
         Attorney for the Movant/Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 13-4794-jw |
| Abner Francis Ney, III, and Carolyn Nancy Ney, | Chapter 13 |
| Debtor(s). | **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that she properly served the foregoing Notice of Motion to Use Cash Collateral, Motion, and proposed Order on all creditors on the attached mailing matrix by mailing same first class mail, postage prepaid, on this the 29th day of March, 2017.

/s/ Michelle Gade
Michelle Gade
Legal Assistant
Reed Law Firm, P.A.
1807 West Evans St., Ste. B
Florence, SC  29501
(843) 679-0077

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 13-04794-jw<br>District of South Carolina<br>Columbia<br>Tue Mar 28 16:15:04 EDT 2017 | ADVANCE CARDIOLOGY<br>1706 SECOND LOOP ROAD<br>Effingham SC 29541 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| ATTORNEY GENERAL OF THE UNITED STATES<br>DEPT OF JUSTICE, ROOM 5111<br>10TH AND CONSTITUTION AVENUE, NW<br>Washington DC 20530-0001 | American General Financial/Springleaf Fi<br>ATTENTION: BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | CAP1/BSTBY<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3440 |
| CHASE<br>P.O. BOX 15298<br>WILMINGTON DE 19850-5298 | Capital 1 Bank<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Credit First/CFNA<br>BK13 CREDIT OPERATIONS<br>PO BOX 818011<br>CLEVELAND OH 44181-8011 |
| DARLINGTON COUNTY TREASURER<br>1625 HARRY BYRD HIGHWAY<br>Darlington SC 29532-3520 | DLJ Mortgage Capital, Inc.<br>Select Portfolio Servicing, Inc.<br>P.O .Box 65250<br>Salt Lake City, UT 84165-0250 | A. Todd Darwin<br>P.O. Drawer 1897<br>Spartanburg, SC 29304-1897 |
| FHA USDA RHS<br>PO BOX 371419<br>Pittsburgh PA 15250-7419 | GECRB/ PayPal Buyer credit<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | GECRB/CARE CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| GECRB/LOWES<br>ATTENTION: BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | GLA COLLECTION CO INC<br>2630 GLEESON LN<br>LOUISVILLE KY 40299-1772 | IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 |
| MCLEOD REGIONAL MEDICAL CENTER<br>PO BOX 100567<br>Florence SC 29502-0567 | Travis E. Menk<br>Brock & Scott, PLLC<br>5121 Parkway Plaza Blvd.<br>Charlotte, NC 28217-1965 | Henry Guyton Murrell<br>Rogers Townsend<br>PO Box 100200<br>Columbia, SC 29202-3200 |
| NCO FIN/55<br>ATTN: COMPLIANCE DEPT<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044-2308 | Abner Francis Ney III<br>2133 Lamar Hwy<br>Darlington, SC 29532-6920 | Carolyn Nance Ney<br>2133 Lamar Hwy<br>Darlington, SC 29532-6920 |
| P D Md Clctn/Pee Dee Medical Collection<br>PO BOX 1597<br>FLORENCE SC 29503-1597 | PEE DEE FEDERAL CREDIT UNION<br>PO BOX 1391<br>Florence SC 29503-1391 | PEOPLES FINANCE COMPAN<br>413 PEARL ST<br>DARLINGTON SC 29532-3814 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | REPUBLIC FINANCE<br>1337-C SOUTH IRBY STREET<br>Florence SC 29505-2784 |

| | | |
|---|---|---|
| RMC<br>PO BOX 50685<br>COLUMBIA SC 29250-0685 | Eric S Reed<br>Reed Law Firm, PA<br>220 Stoneridge Dr., Suite 301<br>Columbia, SC 29210-8018 | Eric S. Reed<br>1807 West Evans St.<br>Suite B<br>Florence, SC 29501-3374 |
| (p)REPUBLIC FINANCE LLC<br>1140 ROMA AVE<br>HAMMOND LA 70403-5464 | SC DEPARTMENT OF REVENUE<br>PO BOX 125<br>Columbia SC 29202-0125 | SC EMPLOYMENT SECURITY COMMISSION<br>PO BOX 995<br>Columbia SC 29202-0995 |
| SPC CU<br>PO BOX 1355<br>HARTSVILLE SC 29551-1355 | SPC Credit Union<br>PO Box 1355<br>Hartsville, SC 29551-1355 | Sams Club / GEMB<br>ATTENTION:  BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| Select Portfolio Servicing<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | William K. Stephenson Jr.<br>PO Box 8477<br>Columbia, SC 29202-8477 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | US ATTORNEYS OFFICE<br>JOHN DOUGLAS BARNETT ESQ<br>1441 MAIN STREET SUITE 500<br>Columbia SC 29201-2897 | USDA<br>PO BOX 790301<br>Saint Louis MO 63179-0301 |
| (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | WORLD ACCEPTANCE CORP<br>WORLD ACCEPTANCE CORP/ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | World Finance Corporation<br>322 Pearl Street<br>Darlington, SC 29532-3813 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Republic Finance Bankruptcy Center<br>7535 Airways Blvd Ste 210<br>Southaven, Ms 38671 |
| Springleaf Financial Services<br>P.O. Box 3251<br>Evansville, IN  47731 | VA DEPT OF TAXATION<br>PO BOX 1115<br>Richmond VA 23218 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.